UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 16-CV-23226

**Francine Lee Hamel, Zuleimys Sosa,
Jennifer Rodriguez and, Johanexis O'Neill,
other similarly-situated individuals,**

        **Plaintiff(s),**

vs.

**Kreative Therapy & Rehab
Center, Inc. and Miguel A.
Mendez.**
        **Defendants.**
_____/

### PLAINTIFF'S STATEMENT OF CLAIM

The Plaintiff, Francine Lee Hamel ("Hamel"), by and through undersigned counsel files this, Plaintiff's Statement of Claim:

1. While employed by Defendants, the Defendants failed to pay the Plaintiff, Francine Lee Hamel for thirteen pay periods of straight time.

2. Prior to the completion of discovery and to the best of Plaintiff's, Francine Lee Hamel, knowledge, at the time of the filing of this complaint, **Plaintiff's, good faith estimate of unpaid wages** are as follows:

**Actual Damages** plus interest, representing the amount of unpaid wages on a bi-weekly basis as follows:

- Pay period one (pay period ending March 21, 2016): Plaintiff worked 32 hours ($80.00 per hour) of unpaid wages for a total amount due of $2561.00.

- Pay period two (pay period ending March 28, 2016): Plaintiff worked 32 hours ($80.00 per hour) of unpaid wages for a total amount due of $2561.00.

- Pay period two (pay period ending April 4, 2016): Plaintiff worked 32 hours ($80.00 per hour) of unpaid wages for a total amount due of $2561.00.

- Pay period two (pay period ending April 11, 2016): Plaintiff worked 32 hours ($80.00 per hour) of unpaid wages for a total amount due of $2561.00.

- Pay period two (pay period ending April 18, 2016): Plaintiff worked 32 hours ($80.00 per hour) of unpaid wages for a total amount due of $2561.00.

- Pay period two (pay period ending April 25, 2016): Plaintiff worked 32 hours ($80.00 per hour) of unpaid wages for a total amount due of $2561.00.

- Pay period two (pay period ending May 2, 2016): Plaintiff worked 32 hours ($80.00 per hour) of unpaid wages for a total amount due of $2561.00.

- Pay period two (pay period ending May 16, 2016): Plaintiff worked 32 hours ($80.00 per hour) of unpaid wages for a total amount due of $2561.00.

- Pay period two (pay period ending May 23, 2016): Plaintiff worked 32 hours ($80.00 per hour) of unpaid wages for a total amount due of $2561.00.

- Pay period two (pay period ending May 30, 2016): Plaintiff worked 32 hours ($80.00 per hour) of unpaid wages for a total amount due of $2561.00.

- Pay period two (pay period ending June 6, 2016): Plaintiff worked 32 hours ($80.00 per hour) of unpaid wages for a total amount due of $2561.00.

- Pay period two (pay period ending June 13, 2016): Plaintiff worked 32 hours ($80.00 per hour) of unpaid wages for a total amount due of $2561.00.

- Pay period two (pay period ending June 20, 2016): Plaintiff worked 32 hours ($80.00 per hour) of unpaid wages for a total amount due of $2561.00.

- Various unpaid amounts (pay period January 4th, 2016 through March 14th, 2016) Plaintiff worked 32 hours ($80.00 per hour) of unpaid wages for a total amount due of $2,180.00

- The Plaintiff is also owed and additional amount of $9,600.00 of earned unpaid vacation time earned but never paid.

- Finally, the Plaintiff paid the employers matching FICA payments on behalf of the Defendants for another total of $15,988.50.

THEREFORE, the Plaintiff is owed a total of $61,048.50 in unpaid wages.

**Liquidated Damages** representing an equal amount in double damages/liquidated damages of: $61,048.50.

**TOTAL DAMAGES: $122,097.00 plus reasonable attorney's fees and costs of suit**.

### CERTIFICATE OF SERVICE

I hereby certify that on August 08, 2016, I electronically filed this document with the Clerk of Court using CM/ECF. I further certify that a copy of the foregoing document was served on all counsel of record or pro se parties via Notices of Electronic Filing generated by CM/ECF.

Respectfully submitted,

**JARA & ASSOCIATES, P.A.**
19 West Flagler Street, Suite 504
Miami, Florida 33130
Telephone: (305) 372-0290
Facsimile: (305) 675-0383
E-filing: info@jaralaw.com

By: /s/ Franklin A. Jara
Franklin Antonio Jara, Esq.
Fla. Bar No. 636681