UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 16-CV-23226

**Francine Lee Hamel, Zuleimys Sosa,
Jennifer Rodriguez and, Johanexis O'Neill,
other similarly-situated individuals,**

        **Plaintiff(s),**

**vs.**

**Kreative Therapy & Rehab
Center, Inc. and Miguel A.
Mendez.**
        **Defendants.**
_____/

**PLAINTIFF'S STATEMENT OF CLAIM**

The Plaintiff, Johanexis O'Neill ("O'Neill"), by and through undersigned counsel files this, Plaintiff's Statement of Claim:

1. Prior to the completion of discovery and to the best of Plaintiff's, Johanexis O'Neill, knowledge, at the time of the filing of this complaint, **Plaintiff's, good faith estimate of unpaid wages** are as follows:

   **Actual Damages** plus interest, representing the amount of unpaid wages on a tri-weekly basis as follows:

   - Pay period one (pay period ending May 13, 2016): Plaintiff worked 25.8 hours ($25.00 per hour) of unpaid wages for a total amount due of $1,937.50.

   - Pay period two (pay period ending June 3, 2016): Plaintiff worked 22 hours ($25.00 per hour) of unpaid wages for a total amount due of $1,650.00.

- Pay period three (pay period ending June 24, 2016): Plaintiff worked 21.3 hours ($25.00 per hour) of unpaid wages for a total amount due of $1,600.00.

- Pay period four (pay period ending July 15, 2016): Plaintiff worked 20.3 hours ($25.00 per hour) of unpaid wages for a total amount due of $1,525.00.

THEREFORE, the Plaintiff is owed a total of $6,712.50 in unpaid wages.

**Liquidated Damages** representing an equal amount in double damages/liquidated damages of: $6,712.50.

**TOTAL DAMAGES:** $13,425.00 plus reasonable attorney's fees and costs of **suit**.

### CERTIFICATE OF SERVICE

I hereby certify that on August 08, 2016, I electronically filed this document with the Clerk of Court using CM/ECF. I further certify that a copy of the foregoing document was served on all counsel of record or pro se parties via Notices of Electronic Filing generated by CM/ECF.

Respectfully submitted,

**JARA & ASSOCIATES, P.A.**
19 West Flagler Street, Suite 504
Miami, Florida 33130
Telephone: (305) 372-0290
Facsimile: (305) 675-0383
E-filing: info@jaralaw.com

By: /s/ Franklin A. Jara
Franklin Antonio Jara, Esq.
Fla. Bar No. 636681