UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 16-CV-23226

**Francine Lee Hamel, Zuleimys Sosa,
Jennifer Rodriguez and, Johanexis O'Neill,
other similarly-situated individuals,**

   **Plaintiff(s),**

vs.

**Kreative Therapy & Rehab
Center, Inc. and Miguel A.
Mendez.**
   **Defendants.**
_____/

**PLAINTIFF'S STATEMENT OF CLAIM**

The Plaintiff, Jennifer Rodriguez ("Rodriguez"), by and through undersigned counsel files this, Plaintiff's Statement of Claim:

1. Prior to the completion of discovery and to the best of Plaintiff's, Jennifer Rodriguez, knowledge, at the time of the filing of this complaint, **Plaintiff's, good faith estimate of unpaid wages** are as follows:

   **Actual Damages** plus interest, representing the amount of unpaid wages on a bi-weekly basis as follows:

   - Pay period one (pay period ending November 28, 2014): Plaintiff worked 65 hours ($25.00 per hour) of unpaid wages for a total amount due of $1,625.00.

   - Pay period two (pay period ending December 12, 2014): Plaintiff worked 73 hours ($25.00 per hour) of unpaid wages for a total amount due of $1,825.00.

- Pay period three (pay period ending December 22, 2014): Plaintiff worked 39.5 hours ($25.00 per hour) of unpaid wages for a total amount due of $987.50.

- Pay period four (pay period ending June 9th, 2016): Plaintiff worked 43 hours ($23.00 per hour) of unpaid wages for a total amount due of $989.00.

- Pay period five (pay period ending June 22, 2016): Plaintiff worked 36 hours ($23.00 per hour) of unpaid wages for a total amount due of $828.00.

THEREFORE, the Plaintiff is owed a total of $6,254.50 in unpaid wages.

**Liquidated Damages** representing an equal amount in double damages/liquidated damages of: $6,254.50.

**TOTAL DAMAGES: $12,509 plus reasonable attorney's fees and costs of suit**.

### CERTIFICATE OF SERVICE

I hereby certify that on August 08, 2016, I electronically filed this document with the Clerk of Court using CM/ECF. I further certify that a copy of the foregoing document was served on all counsel of record or pro se parties via Notices of Electronic Filing generated by CM/ECF.

Respectfully submitted,

**JARA & ASSOCIATES, P.A.**
19 West Flagler Street, Suite 504
Miami, Florida 33130
Telephone: (305) 372-0290
Facsimile: (305) 675-0383
E-filing: info@jaralaw.com

By: /s/ Franklin A. Jara
Franklin Antonio Jara, Esq.
Fla. Bar No. 636681