UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 16-CV-23226

**Francine Lee Hamel, Zuleimys Sosa,
Jennifer Rodriguez and, Johanexis O'Neill,
other similarly-situated individuals,**

        **Plaintiff(s),**

vs.

**Kreative Therapy & Rehab
Center, Inc. and Miguel A.
Mendez.**
        **Defendants.**
_____/

### PLAINTIFF'S STATEMENT OF CLAIM

The Plaintiff, Zuleimys Sosa ("Sosa"), by and through undersigned counsel files this, Plaintiff's Statement of Claim:

1. Prior to the completion of discovery and to the best of Plaintiff's, Zuleimys Sosa, knowledge, at the time of the filing of this complaint, **Plaintiff's, good faith estimate of unpaid wages** are as follows:

   **Actual Damages** plus interest, representing the amount of unpaid wages on a tri-weekly basis as follows:

   - Pay period one (pay period ending June 10, 2016): Plaintiff worked 39.5 hours ($29.00 per hour) of which $1,000.00 remains due of unpaid wages for a total amount due of $1,000.00.

   - Pay period two (pay period ending July 1, 2016): Plaintiff worked 30 hours ($27.00 per hour) then another 32.4 hours ($29.00) of unpaid wages for a total amount due of $2560.50.

- Pay period three (pay period ending June 24, 2016): Plaintiff worked 60 hours ($27.00 per hour) of unpaid wages for a total amount due of $1,620.00.

THEREFORE, the Plaintiff is owed a total of $5,180.00 in unpaid wages.

**Liquidated Damages** representing an equal amount in double damages/liquidated damages of: $5,180.00.

**TOTAL DAMAGES: $10,360.00 plus reasonable attorney's fees and costs of suit**.

### CERTIFICATE OF SERVICE

I hereby certify that on August 08, 2016, I electronically filed this document with the Clerk of Court using CM/ECF. I further certify that a copy of the foregoing document was served on all counsel of record or pro se parties via Notices of Electronic Filing generated by CM/ECF.

Respectfully submitted,

**JARA & ASSOCIATES, P.A.**
19 West Flagler Street, Suite 504
Miami, Florida 33130
Telephone: (305) 372-0290
Facsimile: (305) 675-0383
E-filing: info@jaralaw.com

**By: /s/ Franklin A. Jara**
Franklin Antonio Jara, Esq.
Fla. Bar No. 636681